UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TANIZIGIA FLORENCE BROWN,

          Plaintiff,           24 **CIVIL** 2467 (KMK)(JCM)

-v-           **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 25, 2024, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
       November 26, 2024

                                               **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                        **BY:**
                                               **Deputy Clerk**