UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANIZIGIA F.B.,

                          *Petitioner*,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

                          *Respondent*.

No. 24-CV-2467 (KMK)

ORDER ADOPTING REPORT &
RECOMMENDATION

KENNETH M. KARAS, United States District Judge:

Petitioner Tanizigia F.B. ("Petitioner") brings this Action against the Commissioner of

Social Security ("Respondent" or "Commissioner"), seeking judicial review of the

Commissioner's denial of Petitioner's application for disability benefits.[1]  (*See generally* Compl.

(Dkt. No. 1).)  On April 23, 2024, the Court referred the case to Magistrate Judge Judith C.

McCarthy ("Judge McCarthy").  (*See* Order of Referral (Dkt. No. 7).)  On November 22, 2024,

the Parties filed a proposed joint stipulation reversing the Commissioner's decision and

remanding the case to the Commissioner for further proceedings, (*see* Proposed Joint Stip. &

Order of Remand (Dkt. No. 15)), which the Court granted, (*see* Order (Dkt. No. 16)).  Upon

remand, an Administrative Law Judge issued a partially favorable decision finding Petitioner is

disabled and entitled to benefits.  (Aff. of Eddy Pierce, Esq. Ex. C, Not. of Award (Dkt. No. 22-

3).)  On February 20, 2026, Petitioner moved for an award of attorney's fees pursuant to 42

---

[1] Petitioner's name has been partially redacted in compliance with Federal Rule of Civil
Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
Case Management of the Judicial Conference of the United States.
    Additionally, Frank Bisignano is now the Commissioner of Social Security and is
substituted for former Commissioner Martin J. O'Malley as the Respondent in this Action
pursuant to Federal Rule of Civil Procedure 25(d).

U.S.C. § 406(b).  (Mot. for Att'y Fees (Dkt. No. 20); Pl.'s Mem. of Law in Supp. of Mot. (Dkt. No. 21); Aff. of Eddy Pierre, Esq. in Supp. of Mot. (Dkt. No. 22).)  The Commissioner does not contest the reasonableness of Plaintiff's fee request.  (Commissioner's Resp. to Pl.'s Pet. for Atty's Fees (Dkt. No. 23).)  On April 20, 2026, Judge McCarthy issued a Report & Recommendation ("R&R") recommending the Court grant Petitioner's Motion.  (*See* R&R 1 (Dkt. No. 24).)  In the R&R, Judge McCarthy provides notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered.  (*Id.* at 8–9.)

Because no objections have been filed, the Court reviews the R&R for clear error.  *See Garing v. Miller*, No. 24-CV-5932, 2025 WL 2607662, at *1 (S.D.N.Y. Sept. 9, 2025) (collecting cases).  Having reviewed the R&R and finding no substantive error, the Court adopts the R&R in its entirety.

Accordingly, it is hereby ORDERED that the R&R is ADOPTED in its entirety.  The Clerk of Court is respectfully directed to terminate the pending motion, (Dkt. No. 20), and close the case.

SO ORDERED.

DATED:      June 18, 2026
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2